UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7618

CHARLES E. PRINGLE,

Petitioner - Appellant,

v.

WARDEN, UNITED STATES PENITENTIARY HAZELTON,

Respondent – Appellee,

and

UNITED STATES DEPARTMENT OF JUSTICE; US PAROLE COMMISSION;
USP HAZELTON,

Respondents.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp,
Jr., Senior District Judge. (5:06-cv-00160-FPS-JSK)

Submitted: January 15, 2009        Decided: January 22, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles E. Pringle, Appellant Pro Se. Daniel W. Dickinson, Jr.,
OFFICE OF THE UNITED STATES ATTORNEY, Betsy C. Jividen,

Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles E. Pringle, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pringle v. Warden, No. 5:06-cv-00160-FPS-JSK (N.D.W. Va. July 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED